Michael **CRAWFORD**, Appellant,

v.

**HYATT REGENCY**, Respondent.

No. 62897.

Missouri Court of Appeals, Eastern District, Division One.

Aug. 24, 1993.

Tommie A. Harsley, St. Louis, for appellant.

Maurice D. Early, Evans & Dixon, St. Louis, for respondent.

Before AHRENS, REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Claimant appeals the Final Award of the Labor and Industrial Relations Commission denying his claim for worker's compensation benefits. We affirm. The findings and conclusions of the Commission are supported by competent and substantial evi-

dence, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).